**Nike, Inc. v. WAREHOUSEINCHINA Store and the Individuals and Entities Operating WAREHOUSEINCHINA Store - Case No. 20-cv-2618**

# Schedule A

| No. | Seller Aliases |
|---|---|
| 1 | WAREHOUSEINCHINA Store |

| No. | Online Marketplaces |
|---|---|
| 1 | aliexpress.com/store/4847073 |