IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>WAREHOUSEINCHINA STORE and THE INDIVIDUALS AND ENTITIES OPERATING WAREHOUSEINCHINA STORE,<br><br>        Defendants. | Case No. 20-cv-02618<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Jeffrey Cummings** |

## DECLARATION OF SERVICE

I, Jake M. Christensen, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Nike, Inc. ("Plaintiff" or "Nike"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On July 16, 2020, this Court entered an Order [50] permitting Nike to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Second Amended Complaint, Temporary Restraining Order, Summons and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Joe Pallett and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

1

3. I hereby certify that on August 10, 2020, I electronically published the Second Amended Complaint, Temporary Restraining Order, Summons and other relevant documents on a website.

4. I hereby certify that on August 10, 2020, I sent an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Joe Pallett and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of August 2020, at Chicago, Illinois.

/s/ Jake M. Christensen
Jake M. Christensen
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: 312-360-0080
jchristensen@gbc.law

*Counsel for Plaintiff Nike, Inc.*